IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| KENNETH PARADISO, | ) | |
| | ) | Civil Action No. _5:25-cv-14034-MGL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EPICKER, LLC, ATLANTA FORK | ) | **NOTICE OF REMOVAL** |
| LIFTS, INC., ADVANCED MATERIAL | ) | |
| HANDLING, LLC, ADVANCED | ) | |
| MATERIAL HANDLING SYSTEMS, E-P | ) | |
| EQUIPMENT CO., LTD. A/K/A EP | ) | |
| EQUIPMENT CO., LTD., E-P | ) | |
| EQUIPMENT, USA CORP. A/K/A EP | ) | |
| EQUIPMENT, USA CORP., TOYOTA | ) | |
| FORKLIFTS OF ATLANTA, LLC, | ) | |
| TOYOTA MATERIAL HANDLING, | ) | |
| INC., AND BIG LIFT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

TO:     P. BROOKE EAVES WRIGHT, ESQUIRE, ATTORNEY FOR PLAINTIFF:

YOU WILL PLEASE TAKE NOTICE that Defendants Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, incorrectly named Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC (collectively "Defendants) remove the above-captioned case from the Circuit Court of Common Pleas, Bamberg County, South Carolina, into the United States District Court, District of South Carolina, Orangeburg Division.  This removal is proper on the following grounds:

1.     A civil action has been commenced and is now pending in the Circuit Court of Bamberg County, State of South Carolina, styled *Kenneth Paradiso vs. Epicker, LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP*

*Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC*, Civil Action Number 2025-CP-05-00200, by Plaintiff to recover from Defendants a judgment for actual and punitive damages. A copy of the Complaint is attached as **Exhibit A** hereto.

2.     This action was purportedly commenced by service of the Summons and Complaint, effectuated as follows:

(1)     Big Lift, LLC served via Certified U.S. Mail on December 3, 2025;

(2)     Advanced Material Handling Systems, Inc. served via Certified U.S. Mail on December 5, 2025;

(3)     Advanced Material Handling, LLC served via Certified U.S. Mail on December 6, 2025;

(4)     Atlanta Fork Lifts, Inc. served via Certified U.S. Mail on December 11, 2025.

Copies of the service documents are attached **Exhibit B** hereto.

3.     Defendant Toyota Material Handling Inc. made an appearance via its answer filed on December 19, 2025 and attached as **Exhibit C** hereto.

4.     All Defendants upon which service has been effectuated join in this removal.  No other defendants have made an appearance and there is no evidence of service upon the remaining defendants. Further, defendant E-P Equipment USA Corp. a/k/a/ EP Equipment, USA Corp. appears to have been dissolved in 2019 as reflected in the South Carolina Secretary of State's business entity registry attached as **Exhibit D** hereto.

5.     Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days of service upon Defendants of the initial pleadings setting forth the claim upon which relief is requested.  Defendants will serve an Answer or responsive pleading as provided by law.

**DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)**

6.      This action arises out of a personal injury incident, involving an ePicker machine, that occurred on or about March 22, 2023, at Pegasus Sports, LLC, located at 1349 South Locust Avenue, Denmark, in Bamberg County, South Carolina.

7.      The Complaint asserts causes of product liability, strict liability, negligence/gross negligence, breach of implied warranty, breach of implied warranty for particular purpose, violation of South Carolina Unfair Trade Practices Act against Defendants.

8.      Plaintiff is seeking relief for alleged "severe physical harm which has and will continue to cause him to undergo physical pain and suffering. Plaintiff would show that his injuries have limited his ability to engage in normal everyday activities. Plaintiff would show that he suffers from severe emotional distress, worry and mental anguish as a result of his injuries. Plaintiff has incurred financial loss as a result of related medical expenses for hospital bills, doctor bills, medication expenses and will incur future expenses." *See* Complaint ¶ 64. Further, Plaintiff is also seeking punitive damages, attorneys' fees and treble damages.

9.      Plaintiff alleges that he is a resident of Iredell County, North Carolina. *See* Complaint, ¶ 1.

10.     Upon information and belief, Defendant ePicker, LLC is a Texas foreign limited liability company, and its principal place of business is located in a state other than South Carolina and wholly owned by Defendant Big Lift, LLC.

11.     Defendant Atlanta Fork Lifts, Inc. is a foreign corporation, incorporated in The State of Georgia, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Georgia.

12.     Defendant Advanced Material Handling, LLC is also identified in the Complaint as Advanced Material Handling Systems, and is a foreign limited liability company, organized in Georgia, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Georgia.  It is wholly owned by Roger Lee Smith, Jr. and Phyllis B. Smith, both residents of Georgia.

13.     Upon information and belief Defendant E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd. is a foreign company with its principal place of business located in Hangzhou, China.

14.     Upon information and belief, Defendant E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp. was a foreign corporation, incorporated in Delaware that was dissolved in 2019.

15.     Incorrectly named Defendant Toyota Forklifts of Atlanta, LLC does not exist but Toyota Forklifts of Atlanta was a former d/b/a of Atlanta Fork Lifts, Inc. which is incorporated in the State of Georgia.

16.     Defendant Toyota Material Handling, Inc. is a foreign corporation, incorporated in California, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Indiana.

17.     Defendant Big Lift, LLC is a foreign limited liability company, organized in Illinois, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Wisconsin.

**JURISDICTIONAL THRESHOLD SATISFIED:** Plaintiff prays for relief for alleged actual damages sustained that are "sever, serious, painful, permanent" related to various parts of his body, physical disability, lost wages, loss of future earnings, medical expenses, physical pain,

suffering, mental anguish and severe emotional distress. Plaintiff is also seeking punitive damages against Defendants. *See* Complaint, "WHEREFORE" paragraph. In South Carolina, a claim for punitive damages is at least a claim for the greater of three times the actual damages or an inflation adjusted hard cap of $719,971, whichever is greater.

Consequently, Plaintiff's alleged damages and the amount in controversy for this case exceeds the jurisdictional threshold for removal and diversity jurisdiction. Defendants deny Plaintiff is entitled to these damages as a result of the accident; nevertheless, the amounts claimed and Plaintiff's prayer for punitive damages, as well as the unspecified actual damages allegations, put this controversy well over the $75,000.00 jurisdictional threshold under 28 U.S.C. §1332(a). *See also Woodward v. Newcourt Comm. Fin. Corp.,* 60 F.Supp.2d 530, 532 (D.S.C.1999) (holding that "[plaintiff's] claim for punitive damages alone makes it virtually impossible to say that the claim is for less than the jurisdictional amount").

18.     Therefore, Defendants are entitled to removal of the aforesaid action to this Court as this action is one in which the United States District Courts have original jurisdiction under 28 U.S.C. §1332(a), because the action involves a controversy which is wholly between citizens of different states and, upon information and belief, Plaintiff alleges more than $75,000 is at stake, exclusive of interest and costs.

## PROCEDURAL REQUIREMENTS FOR REMOVAL SATISFIED

19.     Pursuant to 28 U.S.C. §1446(a) and Local Rules 83.IV.01 and IV.02 DSC this Notice of Removal has been prepared and provided to the Honorable Keith Horton, Clerk of Court of Bamberg County and all adverse parties.

20.    Further, this Notice of Removal was filed within thirty (30) days of Defendants' initial receipt of the filed Summons and Complaint and a true and correct copy of all process, pleadings, orders and documents served upon them in this action as part of this notice.

21.    Venue is proper in the Court pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446(a) because the U.S. District Court for the District of South Carolina, Orangeburg Division is the federal judicial district embracing the Circuit Court for Bamberg County, South Carolina where the State Court Action was originally filed.

## CONCLUSION

22.    By this Notice of Removal, the Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any defenses or objections it may have to this action. The Defendants intend no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants give notice that the aforesaid action is removed from the Circuit Court of Bamberg County, State of South Carolina, and to this Court for trial and determination.

— SIGNATURE PAGE TO FOLLOW —

MCANGUS GOUDELOCK & COURIE, LLC

*s/ Keely M. McCoy*
KEELY M. MCCOY (Fed. ID No. 9594)
keely.mccoy@mgclaw.com
ELIZABETH MILLENDER (Fed. ID No. 13171)
elizabeth.millender@mgclaw.com
1320 Main Street, 10th Floor
Columbia, South Carolina 29201
Telephone: (803) 779-2300
Facsimile: (803) 748-0526
ATTORNEY FOR ATLANTA FORK LIFTS,
INC., ADVANCED MATERIAL HANDLING,
LLC, ADVANCED MATERIAL HANDLING
SYSTEMS, AND INCORRECTLY NAMED
TOYOTA FORKLIFTS OF ATLANTA, LLC,

*s/ Roopal S. Ruparelia*
Roopal S. Ruparelia (Fed. Bar No. 7685)
rruparelia@hsblawfirm.com
Haynsworth Sinkler Boyd, P.A.
1201 Main Street, 22nd Floor
Columbia, SC 29201
Main 803.779.3080
Fax 803.765.1243
ATTORNEY FOR BIG LIFT, LLC

*s/ Richard C. Thomas*
Richard C. Thomas (Fed. Bar No. 4068)
richard@basjlaw.com
Barnes Alford Stork & Johnson, LLP
1613 Main Street (29201)
P.O. Box 8448
Columbia, SC 29202
Direct: 803.451.4509
Main: 803.799.1111
Fax: 803.254.1335
ATTORNEY FOR TOYOTA MATERIAL
HANDLING, INC.

Columbia, South Carolina
December 30, 2025