# Business Entities Online

File, Search, and Retrieve Documents Electronically

## E-P EQUIPMENT, USA CORP.

### Corporate Information

| | |
|---|---|
| **Entity Id:** | 00092728 |
| **Entity Type:** | Corporation |
| **Status:** | Dissolved |
| **Domestic/Foreign:** | Foreign |
| **Incorporated State:** | Delaware |

### Important Dates

| | |
|---|---|
| **Effective Date:** | 01/07/2003 |
| **Expiration Date:** | N/A |
| **Term End Date:** | N/A |
| **Dissolved Date:** | 04/02/2019 |

### Registered Agent

| | |
|---|---|
| **Agent:** | KENNETH D COX |
| **Address:** | 966-B GAP CREEK RD<br>GREER, South Carolina   29651 |

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Application for Surrender of Authority to Do Business | 04/02/2019 |
| Authority | 01/07/2003 |

For filing questions please contact us at **803-734-2158**     Copyright © 2025 State of South Carolina