IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Kenneth Paradiso,<br><br>                Plaintiff,<br><br>v.<br><br>Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC.<br><br>                Defendants. | Civil Action No. 5:25-cv-14034-MGL<br><br>**DEFENDANT BIG LIFT, LLC'S REPLY TO STANDING ORDER REGARDING ALL REMOVED CASES** |

      Defendant Big Lift, LLC (hereinafter "Defendant") hereby replies to the Court's Standing Order Regarding All Removed Cases, and states as follows[1]. Notice that *all* removing parties must answer the questions within 7 days of filing the removal was received, and this Reply is timely.

    1.    Defendants were served with the Summons and Complaint in the State Court Civil Action No. 2025-CP-05-00200 via U.S. Certified Mail as follows on December 3, 2025.

    2.    In addition, the only Defendants that have appeared so far were served as follows:

        (a) **Advanced Material Handling Systems, Inc**. served on December 5, 2025;

        (b) **Advanced Material Handling, LLC** was served on December 6, 2025; and

        (c) **Atlanta Fork Lifts, Inc**. served on December 11, 2025.

3. None of the Defendants served are citizens of South Carolina:

- Upon information and belief, Defendant **Atlanta Fork Lifts, Inc.** is a foreign corporation, incorporated in The State of Georgia, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Georgia;

- Upon information and belief, Defendant **Advanced Material Handling, LLC** is also identified in the Complaint as **Advanced Material Handling Systems**, and is a foreign limited liability company, organized in Georgia, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Georgia. It is wholly owned by Roger Lee Smith, Jr. and Phyllis B. Smith, both residents of Georgia;

- Upon information and belief, Defendant **Toyota Material Handling, Inc**. is a foreign corporation, incorporated in California, and its principal place of business is located in a state other than South Carolina. Defendant's principal place of business is located in the State of Indiana; and

- Defendant **Big Lift, LLC** is a foreign limited liability company, organized in Delaware, and its principal place of business is located in Wisconsin. Defendant's principal place of business is located in the State of Wisconsin. It is wholly owned by EP Equipment Co., Ltd.

4. Plaintiff prays for relief for alleged actual damages sustained that are "severe, serious, painful, permanent" related to various parts of his body, physical disability, lost wages, loss of future earnings, medical expenses, physical pain, suffering, mental anguish, and severe emotional distress. Plaintiff is also seeking punitive damages against Defendants. *See* Complaint, "WHEREFORE" paragraph. Plaintiff is also seeking damages under the South Carolina Unfair Trade Practices Act which provides for treble damages and attorneys' fees.

5. This matter was removed within 30 days of Defendants' receipt of the Summons & Complaint.

6. Defendant is not aware of any other defendants that were served prior to the Notice of Removal.

*[signature page follows]*

**HAYNSWORTH SINKLER BOYD, P.A.**

      s/Roopal S. Ruparelia
Roopal S. Ruparelia (Fed Bar No. 7685)
1201 Main Street, 22nd Floor
Post Office Box 11889 (29211-1889)
Columbia, South Carolina 29201
(803) 779.3080 - telephone
(803) 765.1243 - fax
rruparelia@hsblawfirm.com

January 6, 2026
Columbia, South Carolina

*Attorneys for Defendant Big Lift, LLC*