IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Kenneth Paradiso, | ) | Civil Action No.: 5:25-cv-14034-MGL |
|                 Plaintiff, | ) | |
| | ) | **JOINT RULE 26(F)** |
| vs. | ) | **DISCOVERY PLAN** |
| | ) | |
| Epicker, LLC, Atlanta Fork Lifts, Inc. | ) | |
| Advan ed Material Handling, LLC, | ) | |
| Advanced Material Handling Systems, E-P | ) | |
| Equipment Co., Ltd. a/k/a EP Equipment | ) | |
| Co., Ltd., E-P Equipment, USA Corpo a/k/a | ) | |
| EP Equipment, USA Corp., Toyota Forklifts | ) | |
| of Atlanta, LLC, Toyota Material Handling | ) | |
| Inc., and Big Lift, LLC, | ) | |
|                 Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 26(f), the Parties hereby submit the following proposed joint discovery plan in conjunction with the Rule 26(f) Report:

(A)    What changes should be made in the timing, form or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under subdivision (a)(1) were made or will be made:

**RESPONSE: The parties are not waiving the Rule 26(a)(1) disclosures and have agreed they will be due on February 12, 2026.**

(B)    The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues:

**RESPONSE: It is anticipated that discovery will be completed by November 30, 2026.**

**The parties expect discovery to include but not be limited to the facts and circumstances surrounding the lawsuit, liability, affirmative defenses, and damages. The parties are unaware of any need to conduct discovery in phases.**

1

(C) Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

**RESPONSE**: **The parties do not have any issues at this time regarding disclosure or discovery of electronically stored information.**

(D) Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order:

**RESPONSE**: **Defendant's discovery production will contain documents that are proprietary in nature and a Confidentiality Order will be needed. The parties will be submitting a Joint Motion for a Confidentiality Order at this time.**

(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:

**RESPONSE**: **The parties propose that discovery should be allowed to the full extent permitted under Rule 26 of the Federal Rules of Civil Procedure, as amended.**

(F) Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE**: **The parties will be submitting a Joint Motion for a Confidentiality Order. Also, the parties do not waive the right to request a Pre-Trial Conference under Rule 16(b) in the future.**

[SIGNATURE PAGE FOLLOWS]

**PLAINTIFF(S)**

s/ P. Brooke Eaves Wright
P. Brooke Eaves Wright (SC Fed Id 12199)
**WRIGHT INJURY LAW, LLC**
4214 Mayfair Street, Unit A
Myrtle Beach, SC 29577
Telephone: (843) 380-8004
Facsimile: (843) 589-1329
*Attorney for Plaintiff*

Myrtle Beach, South Carolina
Dated: February 9, 2026

**DEFENDANT(S)**

*s/ Keely M. McCoy*
KEELY M. MCCOY (Fed. ID No. 9594)
keely.mccoy@mgclaw.com
1320 Main Street, 10th Floor
Columbia, South Carolina 29201
Telephone: (803) 779-2300
Facsimile: (803) 748-0526
**Attorney for Defendants Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems and Incorrectly named Toyota Forklifts of Atlanta, LLC**

*s/ Richard C. Thomas*
Richard C. Thomas
Richard@basjlaw.com
1613 Main St
P.O. Box 8448
Columbia, SC  29202-8448
Telephone:  803-799-1111
**Attorney for Defendant Toyota Material Handling, Inc.**

*/s Roopal S. Ruparelia*
Roopal S. Ruparelia
rruparelia@hsblawfirm.com
1201 Main Street, 22nd Floor
P.O. Box 11889
Columbia, SC  29201
Telephone (803) 540-7846
**Attorney for Defendant Big Lift, LLC**

3