IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Kenneth Paradiso,<br><br>      Plaintiff,<br><br>vs.<br><br>Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC,<br><br>      Defendants. | Civil Action No. 5:25-cv-14034-MGL<br><br><br>**NOTICE OF FILING** |

  COMES NOW, the undersigned appearing as Attorney for Plaintiff and states that she e-filed the Affidavit of Service as to Defendant Epicker LLC on March 4, 2026.

                s/ P. Brooke Eaves Wright
                P. Brooke Eaves Wright, Esquire, f/k/a Priscilla Brooke Eaves
                Federal Bar No.: 12199
                **WRIGHT INJURY LAW LLC**
                4214 Mayfair St., Unit A
                Myrtle Beach, South Carolina 29577
                Telephone: (843) 380-8004
                Facsimile: (843) 589-1329
                Brooke@thewrightinjurylawyer.com
                **ATTORNEY FOR PLAINTIFF**

March 5, 2026

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Kenneth Paradiso,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Epicker, LLC, Atlanta Fork Lifts, Inc. Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corpo a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling Inc., and Big Lift, LLC,<br>　　　　　　　Defendants. | Civil Action No.: 5:25-cv-14034-MGL<br><br>**AFFIDVIT OF SERVICE ON DEFENDANT EPICKER, LLC** |

I, Tammy Jordan, resident of Horry County, first being duly sworn hereby deposes, certifies, states and affirms that I am an employee of Wright Injury Law LLC, attorney for the Plaintiff and that Defendant Epicker, LLC was served on February 11, 2026, with duplicate copies of the Summons and Complaint in the above-referenced case pursuant to and in compliance with S.C. Code Ann. Section 15-9-245 through the Office of the Secretary of State, as evidenced by the letter accepting service attached as Exhibit "A" which is incorporated herein by reference. This is an Affidavit of Service and Compliance with S.C. Code Ann. Section 15-9-245. Exhibit B is a copy of the process which was served.

**Date service of process was accepted:** **February 11, 2026**

Date and place of mailing: February 3, 2026
VIA CERTIFIED US MAIL & Return Receipt Requested
South Carolina Secretary of State
1205 Pendleton Street, St. 525
Columbia, SC 29202
**Mailing Received on February 11, 2026***
***See Exhibit C, the details of which are incorporated herein by reference.**

FURTHER THE AFFIANT SAYETH NOT.

SERVED BY:

_____
Tammy Jordan
Paralegal for P. Brooke Eaves Wright, Esq.
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach SC 29577
Phone: 843-839-2008 / 843-380-8004
Fax: 1-843-589-1329

SWORN to before me this

___4th___ day of March, 2026

_____
Notary Public for South Carolina
My Commission Expires: 7/24/2033

