EXHIBIT A

# State of South Carolina
## Office of the Secretary of State
### The Honorable Mark Hammond

1205 PENDLETON STREET, SUITE 525
COLUMBIA, SC 29201



803-734-2170
sos.sc.gov

February 12, 2026

ELECTRONIC CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Epicker, LLC
The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

RE: Epicker, LLC, 2025-CP-05-00200

Dear Madam/Sir:

In accordance with South Carolina Code § 33-44-1008, we are enclosing herewith a copy of the Summons and Complaint in the above-entitled case. Service was accepted on February 11, 2026 and a copy has been duly filed in our office as of this date. The fee of $10.00 has been paid.

Yours very truly,

*Allyson Green*

Allyson Green
South Carolina Secretary of State's Office

Enclosures

cc: Wright Injury Law LLC
Tammy Jordan for P. Brooke Eaves Wright, Esq.
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577