**Brooke Wright**
___

**From:** Becky Laffitte <blaffitte@robinsongray.com>
**Sent:** Tuesday, December 23, 2025 10:35 AM
**To:** Tammy; Carenn Moore
**Cc:** Brooke Wright; Haley Endres; Becky Laffitte
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)

Good morning, Tammy:

Cordes Kennedy and I will be representing Epicker LLC in the above matter. However, we have been unable to speak with the insured about your request but intend to do so and will respond as soon as possible. Here's wishing you and yours a very Merry Christmas. Best Becky



**BECKY LAFFITTE** MEMBER
DIRECT 803.231.7831
**VCARD**  **VIEW BIO**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201



   

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

___

**From:** Tammy <Tammy@thewrightinjurylawyer.com>
**Sent:** Monday, December 22, 2025 4:33 PM
**To:** Carenn Moore <cmoore@robinsongray.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Brooke Wright <Brooke@thewrightinjurylawyer.com>; Haley Endres <Haley@thewrightinjurylawyer.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)

I am following up to see if you will be able to accept service.

Thank you!

Sincerely,

Tammy Jordan
Executive Case Manager and Paralegal

for Attorney Brooke Eaves Wright
WRIGHT INJURY LAW LLC
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-839-2008
Fax: 1-843-589-1329
Email: Tammy@thewrightinjurylawyer,com



CONFIDENTIALITY: This e-mail was sent from a law firm and may contain confidential and privileged information. This e-mail is intended only for the person and/or persons it was addressed to. You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail. If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

---

**From:** Carenn Moore <cmoore@robinsongray.com>
**Sent:** Friday, December 19, 2025 11:39 AM
**To:** Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)

Hi, Tammy!

Becky has been tied up all week in mediations. I'm hoping to chat with her this afternoon. We'll get back with you as soon as we have an answer for you.

Carenn Moore
Legal Assistant



**CARENN MOORE**   LEGAL ASSISTANT

DIRECT 803.231.7825
**VCARD**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

   

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

---

**From:** Tammy <Tammy@thewrightinjurylawyer.com>
**Sent:** Friday, December 19, 2025 11:26 AM
**To:** Carenn Moore <cmoore@robinsongray.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)


Good morning

I am following up to see if you were able to check with your client to see if you can accept service.

Thank you!

Sincerely,

Tammy Jordan
Executive Case Manager and Paralegal
for Attorney Brooke Eaves Wright
WRIGHT INJURY LAW LLC
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-839-2008
Fax: 1-843-589-1329
Email: Tammy@thewrightinjurylawyer,com



CONFIDENTIALITY: This e-mail was sent from a law firm and may contain confidential and privileged information.  This e-mail is intended only for the person and/or persons it was addressed to.  You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail.  If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

**From:** Carenn Moore <cmoore@robinsongray.com>
**Sent:** Wednesday, December 17, 2025 11:58 AM
**To:** Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)

Thank you for the update.  Becky is in a mediation, but she'll need to check with the client to see if we can accept service.  We'll let you know as soon as we find out.

Have a great afternoon.

Carenn Moore
Legal Assistant



**CARENN MOORE**   **LEGAL ASSISTANT**

DIRECT 803.231.7825
**VCARD**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

   

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

**From:** Tammy <Tammy@thewrightinjurylawyer.com>
**Sent:** Wednesday, December 17, 2025 11:43 AM
**To:** Carenn Moore <cmoore@robinsongray.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)

Good morning

Epicker LLC has not been served yet. Will your office accept service on their behalf?

Thank you!

Sincerely,

Tammy Jordan
Executive Case Manager and Paralegal
for Attorney Brooke Eaves Wright
WRIGHT INJURY LAW LLC
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-839-2008
Fax: 1-843-589-1329
Email: Tammy@thewrightinjurylawyer,com



CONFIDENTIALITY: This e-mail was sent from a law firm and may contain confidential and privileged information. This e-mail is intended only for the person and/or persons it was addressed to. You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail. If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

**From:** Carenn Moore <cmoore@robinsongray.com>
**Sent:** Wednesday, December 17, 2025 11:32 AM
**To:** Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>
**Subject:** RE: Paradiso v. Epicker LLC (from Becky Laffitte)
**Importance:** High

Hi, Tammy. I hate to bother you, but would you please send me the USPS tracking number so I can determine the service date for Epicker LLC?

Thank you so much!

Carenn Moore
Legal Assistant



**CARENN MOORE**   LEGAL ASSISTANT

DIRECT 803.231.7825
**VCARD**
ROBINSONGRAY.COM

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

   

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

---

**From:** Carenn Moore
**Sent:** Tuesday, December 16, 2025 9:58 AM
**To:** 'tammy@thewrightinjurylawyer.com' <tammy@thewrightinjurylawyer.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>
**Subject:** Paradiso v. Epicker LLC (from Becky Laffitte)

Good morning, Tammy.

Thank you for speaking with me this morning about the above matter.

Would you please send me the date of service or the USPS tracking number for the certified mail so I can check on the service date for **Epicker LLC**?

Thank you so much!

Carenn Moore
Legal Assistant



**Litigation + Business**

**CARENN MOORE**    LEGAL ASSISTANT

DIRECT 803.231.7825
**VCARD**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

MERITAS® LAW FIRMS WORLDWIDE      

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.