# Brooke Wright

| | |
|---|---|
| **From:** | Becky Laffitte <blaffitte@robinsongray.com> |
| **Sent:** | Wednesday, February 4, 2026 8:16 AM |
| **To:** | 'Ruparelia, Roopal'; Brooke Wright; Keely McCoy; Lisa Keisler; Richard Thomas; Tammy |
| **Cc:** | Murray, Diana; Elizabeth Millender; Macy Caldwell; natalia.thomas@mgclaw.com; Matthew G. Gerrald; Support, RSR; Carenn Moore; Sharon Houser; Lorena Anderson; Cordes Kennedy; Becky Laffitte |
| **Subject:** | RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL  Feb 4 |

Good morning

I am adding Cordes Kennedy and would ask that everyone else do so moving forward Thanks B



**BECKY LAFFITTE**  MEMBER

DIRECT 803.231.7831
VCARD   VIEW BIO
ROBINSONGRAY.COM

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201





  

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

---

**From:** Ruparelia, Roopal <rruparelia@hsblawfirm.com>
**Sent:** Tuesday, February 3, 2026 8:50 PM
**To:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; Keely McCoy <Keely.McCoy@mgclaw.com>; Lisa Keisler <Lisa@basjlaw.com>; Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Murray, Diana <dmurray@hsblawfirm.com>; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; natalia.thomas@mgclaw.com; Matthew G. Gerrald <Matt@basjlaw.com>; Support, RSR <RSRsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>; Sharon Houser <sharon@basjlaw.com>; Lorena Anderson <lorena.anderson@mgclaw.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Hey Brooke – the Feb 9 initial disclosure deadline is a bit tight for my end.  Can we kick it out a week?



**Roopal S. Ruparelia** | Attorney
Direct 803.540.7846 | rruparelia@hsblawfirm.com

Haynsworth Sinkler Boyd, P.A.

1201 Main Street, 22nd Floor | Columbia, SC 29201
Main 803.779.3080 | Fax 803.765.1243

Web | Bio | vCard | Map | LinkedIn | Blog

**From:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Sent:** Tuesday, February 3, 2026 11:14 AM
**To:** Keely McCoy <Keely.McCoy@mgclaw.com>; Lisa Keisler <Lisa@basjlaw.com>; Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Murray, Diana <dmurray@hsblawfirm.com>; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; Ruparelia, Roopal <rruparelia@hsblawfirm.com>; Support, RSR <RSRsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>; Sharon Houser <sharon@basjlaw.com>; Lorena Anderson <lorena.anderson@mgclaw.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Please review and let me know if you consent or have any changes.  We are not consenting to a Magistrate Judge, so I have not included that form.  Thanks!

Sincerely,

**P. Brooke Eaves Wright, Esq.**
Litigation Attorney
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-380-8004
Email: Brooke@TheWrightInjuryLawyer.com
www.theWrightInjuryLawyer.com

**CONFIDENTIALITY:** This e-mail was sent from a law firm and may contain confidential and privileged information.  Please note Wright Injury Law LLC does not send nor receive any funds via wire for any purpose.  If you receive any wiring requests from Wright Injury Law LLC or any associated email address please call 843-380-8004 immediately and do not complete the request because it is a scam and was not actually requested by Wright Injury Law LLC.  This e-mail is intended only for the person and/or persons it was addressed to.  You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail.  If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

**From:** Keely McCoy <Keely.McCoy@mgclaw.com>
**Sent:** Tuesday, February 3, 2026 9:21 AM
**To:** Lisa Keisler <Lisa@basjlaw.com>; Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; dmurray@hsblawfirm.com; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; 'Ruparelia, Roopal'

<rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>; Sharon Houser <sharon@basjlaw.com>; Lorena Anderson <lorena.anderson@mgclaw.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Counselors:

Good morning.  Sorry for the second email.  For communication purposes, please reply all with your client (s) and team members you need to be copied on emails. Thank you!

Atlanta Fork Lifts, Inc.
Advanced Material Handling, LLC
Advanced Material Handling Systems
Toyota Forklifts of Atlanta, LLC
Assisting Attorney Elizabeth Millender
Paralegal Lorena Anderson
Legal Assistant Macy Caldwell
*all copied on this email

Thank you

**From:** Hope Grate <HGrate@RichardsonPlowden.com>
**Sent:** Tuesday, February 3, 2026 8:48 AM
**To:** Lisa Keisler <Lisa@basjlaw.com>; Keely McCoy <Keely.McCoy@mgclaw.com>; Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; dmurray@hsblawfirm.com; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Alisha Tabor <alisha.tabor@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; 'Ruparelia, Roopal' <rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>; Sharon Houser <sharon@basjlaw.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Good Morning All,

Please remove Hope Grate (hgrate@richardsonplowden.com) from this matter.

Thank you.

**From:** Lisa Keisler <Lisa@basjlaw.com>
**Sent:** Tuesday, February 3, 2026 7:56 AM
**To:** Keely McCoy <Keely.McCoy@mgclaw.com>; Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; dmurray@hsblawfirm.com; Hope Grate <HGrate@RichardsonPlowden.com>; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Alisha Tabor <alisha.tabor@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; 'Ruparelia, Roopal'

<rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>; Sharon Houser <sharon@basjlaw.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

---

> **Warning: Unusual link**
> This message contains an unusual link, which may lead to a malicious site. Confirm the message is safe before clicking any links.

Please include Sharon Houser (sharon@basjlaw.com) on all future emails related to this matter. Thank you!


Lisa Keisler
Paralegal


BARNES ALFORD STORK & JOHNSON, LLP

| | |
|---|---|
| 1613 Main Street (29201) | 803-799-1111 (phone) |
| Post Office Box 8448 | 803-451-4516 (direct) |
| Columbia, SC 29202 | 803-254-1335 (fax) |
| | lisa@basjlaw.com |

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
This e-mail may contain privileged or confidential information.
If this e-mail was not intended for you, you are hereby notified
that any dissemination, distribution, or copying of this e-mail is
strictly prohibited. If you have received this e-mail in error or are
unsure whether it is privileged or confidential, please immediately
notify the sender by return e-mail and destroy any copies which
you may have of this e-mail, including any attachments.

---

**From:** Keely McCoy <Keely.McCoy@mgclaw.com>
**Sent:** Monday, February 02, 2026 5:37 PM
**To:** Richard Thomas <richard@basjlaw.com>; Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; dmurray@hsblawfirm.com; hgrate@richardsonplowden.com; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Alisha Tabor <alisha.tabor@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; Lisa Keisler <Lisa@basjlaw.com>; 'Ruparelia, Roopal' <rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Counselors:

Just following up on our call from the other week. Brooke, please let us know if you will be circulating an amended scheduling order this week. Thanks!

Keely



**Keely McCoy**
*Attorney*
Keely.McCoy@mgclaw.com



1320 Main St, 10th Floor, Columbia, SC 29201
**Mail:** PO Box 12519, Columbia, SC 29211-2519
**Main:** 803-779-2300 | **Direct:** 803-227-2201 | **Fax:** 803-748-0526
**VCARD**

  



This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication. Please consider the environment before printing this email.

**From:** Richard Thomas <richard@basjlaw.com>
**Sent:** Monday, January 26, 2026 3:36 PM
**To:** Tammy <Tammy@thewrightinjurylawyer.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>; dmurray@hsblawfirm.com; hgrate@richardsonplowden.com; Elizabeth Millender <Elizabeth.Millender@mgclaw.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Keely McCoy <Keely.McCoy@mgclaw.com>; Alisha Tabor <alisha.tabor@mgclaw.com>; Macy Caldwell <Macy.Caldwell@mgclaw.com>; Natalia V. Ertseva-Thomas <Natalia.Thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>; Lisa Keisler <Lisa@basjlaw.com>; 'Ruparelia, Roopal' <rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Subject:** RE: Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Tammy:

My client, Toyota Material Handling. Inc. was served on December 3, 2025 and an answer on its behalf was filed on December 19, 2025 in the state court action, before the case was removed to federal court.  Thank you.



**Richard C. Thomas**
Attorney at Law
1613 Main Street (29201)
P.O. Box 8448
Columbia, SC 29202
Direct: 803.451.4509
Main: 803.799.1111
Fax: 803.254.1335

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
This e-mail may contain privileged or confidential information.  If this e-mail was not intended for you, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error or are unsure whether it is privileged or confidential, please immediately notify the sender by return e-mail and destroy any copies which you may have of this e-mail, including any attachments.

**From:** Tammy <Tammy@thewrightinjurylawyer.com>
**Sent:** Monday, January 26, 2026 3:25 PM
**To:** dmurray@hsblawfirm.com; hgrate@richardsonplowden.com; Elizabeth Millender <elizabeth.millender@mgclaw.com>; chloe.romanstine@mgclaw.com; Macy Caldwell <macy.caldwell@mgclaw.com>;

Keely McCoy <keely.mccoy@mgclaw.com>; alisha.burns@mgclaw.com; Macy Caldwell <macy.caldwell@mgclaw.com>;
Natalia V. Ertseva-Thomas <natalia.thomas@mgclaw.com>; Matthew G. Gerrald <Matt@basjlaw.com>;
renee@basjlaw.com; Richard Thomas <richard@basjlaw.com>; ceanne@basjlaw.com; Lisa Keisler <Lisa@basjlaw.com>;
'Ruparelia, Roopal' <rruparelia@hsblawfirm.com>; Support, RSR <rsrsupport@hsblawfirm.com>; Becky Laffitte
<blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Cc:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Subject:** Paradiso v. Epicker LLC - Case 5:25-cv-14034-MGL

Good afternoon,

Please advise if you will sign a Waiver of Service for your client if they have not yet been served properly.

Thank you!

Sincerely,

Tammy Jordan
Executive Case Manager and Paralegal
for Attorney Brooke Eaves Wright
WRIGHT INJURY LAW LLC
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-839-2008
Fax: 1-843-589-1329
Email: Tammy@thewrightinjurylawyer.com



CONFIDENTIALITY: This e-mail was sent from a law firm and may contain confidential and privileged information.  This e-mail is intended only for the person and/or persons it was addressed to.  You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail.  If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

**CONFIDENTIALITY NOTICE:** *This e-mail and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please immediately notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.*