# Brooke Wright

| | |
|---|---|
| **From:** | Cordes Kennedy <ckennedy@robinsongray.com> |
| **Sent:** | Monday, March 2, 2026 10:24 AM |
| **To:** | Brooke Wright |
| **Cc:** | Tammy; Becky Laffitte; Carenn Moore |
| **Subject:** | RE: status of service on Epicker (Kenneth Paradiso v. Epicker et al.) (Our File No. 475-1748) |

Brooke,

My direct line at the office is 803-227-1132. My cell phone is 843-409-1825.

I primarily wanted to discuss issues pertaining to accepting service (and service generally) on ePicker. It is my understanding that ePicker was bought by Big Lift, and my firm has tendered the defense of the case to Big Lift. We are waiting on a response from them. Given these issues, we have not been able to accept service per your original request.

Please call me when you have a moment. Or let me know the best number to reach you on.

Cordes



**CORDES B. KENNEDY**  **MEMBER**

DIRECT 803.227.1132
**VCARD**   **VIEW BIO**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

 

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

---

**From:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Sent:** Friday, February 27, 2026 5:50 PM
**To:** Cordes Kennedy <ckennedy@robinsongray.com>
**Cc:** Tammy <Tammy@thewrightinjurylawyer.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Subject:** RE: status of service on Epicker (Kenneth Paradiso v. Epicker et al.) (Our File No. 475-1748)

Hey! I called you back a few minutes ago but got voicemail. I have 3 hearings on Monday. What is the best number for me to try to call you on Monday if I can in between hearings? Also, if you have any specific questions, etc. please feel free to email me.

Sincerely,

**P. Brooke Eaves Wright, Esq.**
Litigation Attorney
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-380-8004
Email: Brooke@TheWrightInjuryLawyer.com
www.theWrightInjuryLawyer.com

**CONFIDENTIALITY:** This e-mail was sent from a law firm and may contain confidential and privileged information. Please note Wright Injury Law LLC does not send nor receive any funds via wire for any purpose. If you receive any wiring requests from Wright Injury Law LLC or any associated email address please call 843-380-8004 immediately and do not complete the request because it is a scam and was not actually requested by Wright Injury Law LLC. This e-mail is intended only for the person and/or persons it was addressed to. You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail. If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

---

**From:** Cordes Kennedy <ckennedy@robinsongray.com>
**Sent:** Friday, February 27, 2026 4:54 PM
**To:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Cc:** Tammy <Tammy@thewrightinjurylawyer.com>; Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Subject:** RE: status of service on Epicker (Kenneth Paradiso v. Epicker et al.) (Our File No. 475-1748)

Brooke,

I tried calling you this afternoon on this matter but was unable to leave a voicemail. Are you available on Monday to discuss the service on Epicker and other issues?

Cordes



**CORDES B. KENNEDY**   MEMBER

DIRECT 803.227.1132           2151 Pickens Street
**VCARD   VIEW BIO**           Suite 500
**ROBINSONGRAY.COM**           PO Box 11449 (29211)
                               Columbia, SC 29201

MERITAS® LAW FIRMS WORLDWIDE          

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.