| | |
|---|---|
| **From:** | Brooke Wright |
| **Sent:** | Wednesday, March 4, 2026 2:42 PM |
| **To:** | 'Cordes Kennedy' |
| **Cc:** | Becky Laffitte; Carenn Moore |
| **Subject:** | RE: request for extension (ePicker) (475-1748) |

Hey Cordes,

I believe we have achieved valid service on Epicker, LLC; however, I plan to file a motion for an extension of time to extend the time period to serve the lawsuit. I plan to serve the lawsuit again on the registered agent in Delaware and am going to make every effort to accomplish that prior to the expiration of the statute of limitations. However, I am going to go ahead and file a motion for an extension of time anyway out of an abundance of caution.

I will agree to give a 3 week extension for Epicker LLC to respond to the Summons and Complaint served on 2/11 through the SC secretary of state if you will agree on behalf of Epicker LLC to consent to my motion for an extension of time to serve Epicker LLC by 4/10/2026 and not to assert any service defenses so long as I achieve service on Epicker LLC by 4/10/2026. I understand you don't think service on the SC Secretary of State is valid, but I intend to serve again prior to 4/10/2026 if not sooner by process server on the registered agent in Delaware.

Sincerely,

**P. Brooke Eaves Wright, Esq.**
Litigation Attorney
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-380-8004
Email: Brooke@TheWrightInjuryLawyer.com
www.theWrightInjuryLawyer.com

**CONFIDENTIALITY:** This e-mail was sent from a law firm and may contain confidential and privileged information. Please note Wright Injury Law LLC does not send nor receive any funds via wire for any purpose. If you receive any wiring requests from Wright Injury Law LLC or any associated email address please call 843-380-8004 immediately and do not complete the request because it is a scam and was not actually requested by Wright Injury Law LLC. This e-mail is intended only for the person and/or persons it was addressed to. You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail. If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

**From:** Cordes Kennedy <ckennedy@robinsongray.com>
**Sent:** Wednesday, March 4, 2026 2:30 PM
**To:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Carenn Moore <cmoore@robinsongray.com>
**Subject:** request for extension (ePicker) (475-1748)
**Importance:** High

Brooke,

Following our call about 15 minutes ago, I tried calling you back to request a 3-week extension to respond to the Complaint served on 2/11 through the Secretary of State. Based on a service date of 2/11, the deadline to respond would be today, but with the 3-week extension, the deadline would be 3/25.

I think the extension will help both of us. Per our discussion, I do not think service with the SOS was proper, so we will file a MTD today if needed. But, with the 3 week extension, that will hopefully be enough time for Roopal to respond on the tender and for additional clarity on the issues we discussed.

Please let me know ASAP.

Thank you,
Cordes



**Litigation + Business**



**CORDES B. KENNEDY**   **MEMBER**

DIRECT 803.227.1132
**VCARD**   **VIEW BIO**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

MERITAS LAW FIRMS WORLDWIDE     

**NOTICE:** This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.