Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

|  | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

File Number: **6532310**  Incorporation Date / Formation Date: **1/10/2022** (mm/dd/yyyy)

Entity Name: **EPICKER, LLC.**

Entity Kind: **Limited Liability Company**    Entity Type: **General**

Residency: **Domestic**    State: **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name: **THE CORPORATION TRUST COMPANY**

Address: **CORPORATION TRUST CENTER 1209 ORANGE ST**

City: **WILMINGTON**    County: **New Castle**

State: **DE**    Postal Code: **19801**

Phone: **302-658-7581**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ◯ Status ◯ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT A