IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Kenneth Paradiso, | | Civil Action No.  5:25-cv-14034-MGL |
| | Plaintiff, | |
| vs. | | |
| Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC, | | **NOTICE OF FILING** |
| | Defendants. | |

COMES NOW, the undersigned appearing as Attorney for Plaintiff and states that she is hereby e-filing the attached Affidavit of Service.

s/ P. Brooke Eaves Wright
P. Brooke Eaves Wright, Esquire, f/k/a Priscilla Brooke Eaves
Federal Bar No.: 12199
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, South Carolina 29577
Telephone:  (843) 380-8004
Facsimile:  (843) 589-1329
Brooke@thewrightinjurylawyer.com
**ATTORNEY FOR PLAINTIFF**

March 5, 2026

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Kenneth Paradiso, | ) | Civil Action No.: 5:25-cv-14034-MGL |
| Plaintiff, | ) | |
| | ) | **AFFIDVIT OF SERVICE ON** |
| vs. | ) | **DEFENDANT E P EQPMENT CO., LTD** |
| | ) | **A/K/A EP EQUIPMENT CO., LTD** |
| Epicker, LLC, Atlanta Fork Lifts, Inc. Advan | ) | |
| ed Material Handling, LLC, Advanced | ) | |
| Material Handling Systems, E-P Equipment | ) | |
| Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P | ) | |
| Equipment, USA Corpo a/k/a EP | ) | |
| Equipment, USA Corp., Toyota Forklifts of | ) | |
| Atlanta, LLC, Toyota Material Handling | ) | |
| Inc., and Big Lift, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

I, Tammy Jordan, resident of Horry County, first being duly sworn hereby deposes, certifies, states

and affirms that I am an employee of Wright Injury Law LLC, attorney for the Plaintiff and that

Defendant E P Equipment Co., LTD a/k/a EP Equipment Co., LTD was served on February 11,

2026, with duplicate copies of the Summons and Complaint in the above-referenced case pursuant

to and in compliance with S.C. Code Ann. Section 15-9-245 through the Office of the Secretary of

State, as evidenced by the letter accepting service attached as Exhibit "A" which is incorporated

herein by reference.  This is an Affidavit of Service and Compliance with S.C. Code Ann. Section

15-9-245.  Exhibit B is a copy of the process which was served.

**Date service of process was accepted: February 11, 2026**

**Date and place of mailing\*: February 3, 2026**
**VIA CERTIFIED US MAIL & Return Receipt Requested**
South Carolina Secretary of State
1205 Pendleton Street, St. 525
Columbia, SC 29202
**Mailing Received on February 11, 2026\***
**\*See Exhibit C, the details of which are incorporated herein by reference.**

FURTHER THE AFFIANT SAYETH NOT.

SERVED BY:



Tammy Jordan
Paralegal for P. Brooke Eaves Wright, Esq.
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach SC 29577
Tammy@thewrightinjurylawyer.com;
Phone: 843-839-2008 / 843-380-8004
Fax: 1-843-589-1329

SWORN to before me this

____5th____ day of March, 2026

Notary Public for South Carolina
My Commission Expires: 7/24/2033

