EXHIBIT A

# State of South Carolina
# Office of the Secretary of State
## The Honorable Mark Hammond

1205 PENDLETON STREET, SUITE 525  
COLUMBIA, SC 29201

803-734-2170  
sos.sc.gov



February 12, 2026

ELECTRONIC CERTIFIED MAIL  
RETURN RECEIPT REQUESTED

E P Equipment Company, LTD a/k/a EP Equipment Co., LTD  
Officer, Managing or General Agent  
17701 Campton Road  
Inman, SC 29349

RE: E P Equipment Company, LTD a/k/a EP Equipment Co., LTD, 2025-CP-05-00200

Dear Madam/Sir:

In accordance with South Carolina Code § 15-9-245, we are enclosing herewith a copy of the Summons and Complaint in the above-entitled case. Service was accepted on February 11, 2026 and a copy has been duly filed in our office as of this date. The fee of $10.00 has been paid.

Yours very truly,

*Allyson Green*

Allyson Green  
South Carolina Secretary of State's Office

Enclosures

cc:   Wright Injury Law LLC  
      Tammy Jordan for P. Brooke Eaves Wright, Esq.  
      4214 Mayfair St., Unit A  
      Myrtle Beach, SC 29577