IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Kenneth Paradiso,<br><br>      Plaintiff,<br><br>vs.<br><br>Epicker LLC, Atlanta Fork Lifts, Inc.,<br>Advanced Material Handling, LLC,<br>Advanced Material Handling Systems, E-P<br>Equipment Co., Ltd. a/k/a EP Equipment<br>Co., Ltd., E-P Equipment, USA Corp. a/k/a<br>EP Equipment, USA Corp., Toyota Forklifts<br>of Atlanta, LLC, Toyota Material Handling,<br>Inc., and Big Lift, LLC,<br><br>      Defendants. | Civil Action No.  5:25-cv-14034-MGL<br><br><br><br>**NOTICE OF FILING** |

COMES NOW, the undersigned appearing as Attorney for Plaintiff and states that she is hereby e-filing the attached Affidavit of Service.

s/ P. Brooke Eaves Wright
P. Brooke Eaves Wright, Esquire, f/k/a Priscilla Brooke Eaves
Federal Bar No.: 12199
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, South Carolina 29577
Telephone:  (843) 380-8004
Facsimile:  (843) 589-1329
Brooke@thewrightinjurylawyer.com
**ATTORNEY FOR PLAINTIFF**

March 18, 2026

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF SOUTH CAROLINA

| KENNETH PARADISO | VS | EPICKER LLC, ET AL. | 5:25-CV-14034-MGL |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, GILBERT DEL VALLE _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED        03/09/2026

**Service:** I served  EPCKER LLC

NAME OF PERSON / ENTITY BEING SERVED

**with (list documents)** Summons, Complaint, Plaintiff's Rule 33(b) Standard Interrogatories to Defendants, Plaintiff's Rule 33 (b) General Interrogatories to Defendants and Plaintiff's Rule 34 Request for Production of Documents to Defendants

**by leaving with**  THE CORPORATION TRUST COMPANY, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)        At

☒ **Business**  1209 ORANGE ST., WILMINGTON, DE 19801

ADDRESS                                                CITY / STATE

On        03/10/2026                AT        10:30 AM

DATE                                                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY                STATE                ZIP

**Manner of Service:**

☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address        ☐ Moved, Left no Forwarding        ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

DATE            TIME                    DATE            TIME

(3)_____ (4)_____ (5)_____

DATE        TIME                    DATE        TIME                    DATE        TIME

Age  55  Sex  F   Race  BLK  Height  5'5  Weight  150   HAIR  BLK

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this  16TH  day of  MARCH , 2026

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  DELAWARE