**Brandywine Process Servers, LLC**
PO Box 1360
Wilmington, DE  19899-1360 US
+13024752600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
WRIGHT INJURY LAW LLC
4214 MAYFAIR ST., UNIT A
MYRTLE BEACH, SC  29577

**INVOICE #** 2152
**DATE** 03/10/2026
**DUE DATE** 04/09/2026
**TERMS** Net 30

| DATE | CASE CAPTION | AMOUNT |
|---|---|---|
| 03/10/2026 | KENNETH PARADISO  V  EPICKER LLC, ET AL. | |
| | EPICKER, LLC c/o CT | 99.00 |
| | COPY CHARGES | 8.00 |

## Ways to pay





BALANCE DUE     **$107.00**

View and pay

TAX ID#: 39-4552423

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Kenneth Paradiso | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  5:25-cv-14034-MGL |
| Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC, *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Epicker LLC
Registered Agent: The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    P. Brooke Eaves Wright f/k/a Priscilla Brooke Eaves, Esquire
Wright Injury Law LLC
4214 Mayfair St., Unit A
Myrtle Beach SC 29577
FED ID 12199
843-380-8004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date:  ___March 04, 2026___     ___s/L. Baker___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:25-cv-14034-MGL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  EPICKER LLC

was received by me on *(date)*  03/09/2026  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  THE CORPORATION TRUST COMPANY, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)*  EPICKER LLC

1209 ORANGE STREET, WILMINGTON, DE 19801 AT 10:30AM  on *(date)*  03/10/2026  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date:  03/10/2026

*Server's signature*

GILBERT DEL VALLE                PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

Served Summons, Complaint, Plaintiff's Rule 33(b) Standard Interrogatories to Defendants, Plaintiff's Rule 33 (b) General Interrogatories to Defendants and Plaintiff's Rule 34 Request for Production of Documents to Defendants


| Print | Save As... | Reset |