IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| KENNETH PARADISO, | ) | Civil Action No. 5:25-CV-14034-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EPICKER, LLC, ATLANTA FORK LIFTS, | ) | |
| INC., ADVANCED MATERIAL | ) | |
| HANDLING, LLC, ADVANCED | ) | |
| MATERIAL HANDLING SYSTEMS, E-P | ) | **DEFENDANT EPICKER, LLC'S** |
| EQUIPMENT CO., LTD. A/K/A EP | ) | **ANSWERS TO LOCAL RULE 26.01** |
| EQUIPMENT CO., LTD, E-P | ) | **INTERROGATORIES** |
| EQUIPMENT, USA CORP. A/K/A EP | ) | |
| EQUIPMENT, USA CORP., TOYOTA | ) | |
| FORKLIFTS OF ATLANTA, LLC, | ) | |
| TOYOTA MATERIAL HANDLING, INC., | ) | |
| AND BIG LIFT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant ePicker, LLC, by and through the undersigned attorneys, herein responds to

Local Rule 26.01 Interrogatories as follows:

1.      State the full name, address, and telephone number of all persons or legal entities

who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:  This Defendant is not aware of any persons or legal entities who may**

**have a subrogation interest in this claim at this time.**

2.      As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE:   A jury trial has been requested given that the issues of liability, causal**

**relationship, and damages are in dispute.**

3.      State whether the party submitting these responses is a publicly owned company

and separately identify: (a) each publicly owned company of which it is a parent, subsidiary,

partner, or affiliate; (b) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (c) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:  Upon information and belief, Defendant ePicker, LLC, was wholly acquired by Defendant Big Lift on or about November 26, 2023, before the current suit was filed.  *See* Notice of Removal ¶ 10, ECF No. 1.  Before the acquisition, Defendant ePicker was organized in the state of Delaware and maintained its principal place of business in Texas, upon information and belief.  *Id.*  However, according to the Delaware Secretary of State's website, Defendant ePicker was dissolved on August 1, 2024, before suit was filed.**

4.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:  The other Defendants filed a Notice of Removal in the Orangeburg Division based on diversity jurisdiction pursuant to 28 U.S.C. § 1441(b), 1332, and 1446; and, since the underlying state court action was originally filed in Bamberg County, this matter is properly before the District Court's Orangeburg Division.**

5.      Is this action related in whole or in part to any other matter filed with this District, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges?

**RESPONSE:  This Defendant is not aware of any other related matter.**

6.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:  Defendant ePicker, LLC, is the correct spelling for the entity, although it has since been dissolved upon information and belief.**

7.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:  Aside from the defenses raised in the Answer, Defendant ePicker was wholly acquired by Defendant Big Lift prior to the commencement of this suit and is no longer a separate, cognizable entity upon information and belief; therefore, Defendant Big Lift may owe indemnity and hold harmless obligations to this Defendant, and this Defendant reserves the right to assert same as discovery progresses in this case.**

8.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the Court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the Court's jurisdiction under § 1332(a).

**RESPONSE:   Upon information and belief, Defendant ePicker, LLC, was wholly acquired by Defendant Big Lift on or about November 26, 2023, before the current suit was filed.  *See* Notice of Removal ¶ 10, ECF No. 1.  Defendant Big Lift is a limited liability company organized in Delaware and maintaining its principal place of business in Wisconsin.  *See* Big Lift's Ans. to Local R. 26.01(H), ECF No. 9.  Defendant Big Lift is purportedly 100% owned by EP Equipment Co., Ltd.  *Id.*  Before Defendant ePicker was**

3

**wholly acquired by Defendant Big Lift, Defendant ePicker was organized in the state of Delaware and maintained its principal place of business in Texas, upon information and belief.  *See* Notice of Removal ¶ 10, ECF No. 1.  However, according to the Delaware Secretary of State's website, ePicker was dissolved on August 1, 2024.**

Respectfully submitted,

ROBINSON GRAY STEPP & LAFFITTE, L.L.C.

By:    *S / Cordes B. Kennedy*
        Rebecca Laffitte (ID No. 1036)
        rlaffitte@robinsongray.com
        J. Michael Montgomery (ID No. 10290)
        mmontgomery@robinsongray.com
        Cordes B. Kennedy (Fed I.D. No. 12987)
        ckennedy@robinsongray.com
        Haley S. Moorman (Fed I.D. No. 13349)
        hmoorman@robinsongray.com
        2151 Pickens Street, Suite 500
        Post Office Box 11449
        Columbia, South Carolina 29211
        (803) 929-1400
        *Attorneys for Defendant ePicker, LLC*

Columbia, South Carolina

April 30, 2026

4