IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Kenneth Paradiso,<br><br>                  Plaintiff,<br><br>vs.<br><br>Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp. a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC,<br><br>                  Defendants. | Civil Action No.  5:25-cv-14034-MGL<br><br><br>**NOTICE OF FILING** |

COMES NOW, the undersigned appearing as Attorney for Plaintiff and states that she is

hereby e-filing the attached Affidavit of Service.


                                       s/ P. Brooke Eaves Wright
                                       P. Brooke Eaves Wright, Esquire, f/k/a Priscilla Brooke Eaves
Federal Bar No.: 12199
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, South Carolina 29577
Telephone:  (843) 380-8004
Facsimile:  (843) 589-1329
Brooke@thewrightinjurylawyer.com
**ATTORNEY FOR PLAINTIFF**


May 1, 2026