**Brandywine Process Servers, LLC**

PO Box 1360
Wilmington, DE  19899-1360 US
+13024752600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**

WRIGHT INJURY LAW LLC
4214 MAYFAIR ST., UNIT A
MYRTLE BEACH, SC  29577

**INVOICE #** 2474
**DATE** 03/25/2026
**DUE DATE** 04/24/2026
**TERMS** Net 30

| DATE | CASE CAPTION | AMOUNT |
|------|--------------|--------|
| 03/25/2026 | KENNETH PARADISO V EPICKER LLC, ET AL. E-P EQUIPMENT, USA CORP. a/k/a EP EQUIPMENT | 129.00 |

## Ways to pay

   

**BALANCE DUE**  **$129.00**

View and pay

TAX ID#: 39-4552423

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

| KENNETH PARADISO | vs EPICKER LLC, ET AL. | 5:25-CV-14034-MGL |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, FRANK PRITCHETT _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED    03/25/2026

**Service:** I served  E-P EQUIPMENT, USA CORP. a/k/a EP EQUIPMENT _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; COMPLAINT

by leaving with  HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ALLISON RATHMANNER (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)    At

☒ Business  16192 COASTAL HIGHWAY, LEWES, DE 19958

| ADDRESS | CITY / STATE |
|---|---|

| On | 03/25/2026 | AT | 2:10 PM |
|---|---|---|---|
| | DATE | | TIME |

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY        STATE        ZIP

**Manner of Service:**

☒ CORPORATE

☐ Personal: By personally delivering copies to the person being served.

☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

DATE    TIME        DATE    TIME

(3)_____ (4)_____ (5)_____

DATE    TIME        DATE    TIME        DATE    TIME

Age 40 Sex F Race W Height 5'5 Weight 130 HAIR BRWN

FRANK PRITCHETT
BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 25TH day of MARCH 2026

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  DELAWARE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | |
|---|---|
| Kenneth Paradiso<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Epicker LLC, Atlanta Fork Lifts, Inc., Advanced Material Handling, LLC, Advanced Material Handling Systems, E-P Equipment Co., Ltd. a/k/a EP Equipment Co., Ltd., E-P Equipment, USA Corp.<br>_____<br>a/k/a EP Equipment, USA Corp., Toyota Forklifts of Atlanta, LLC, Toyota Material Handling, Inc., and Big Lift, LLC,   *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  5:25-cv-14034-MGL<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  E-P Equipment, USA Corp. a/k/a EP Equipment
Registered Agent: Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    P. Brooke Eaves Wright f/k/a Priscilla Brooke Eaves, Esquire
Wright Injury Law LLC
4214 Mayfair St., Unit A
Myrtle Beach SC 29577
FED ID 12199
843-380-8004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*



Date:    March 25, 2026        _____s/L. Baker_____
                              *Signature of Clerk or Deputy Clerk*