| From: | Cordes Kennedy |
|---|---|
| To: | "Brooke Wright"; Tammy; Becky Laffitte |
| Cc: | Robin Owens |
| Subject: | RE: Kenneth Paradiso vs. Epicker, LLC, et al. - rule 11 consult |
| Date: | Friday, April 24, 2026 2:42:00 PM |
| Attachments: | image001.png |

Brooke,

I tried calling you about this on 4/16 and left a message. As you know, we believe ePicker is wholly owned and merged into Big Lift, so I will have to communicate through Big Lift to finalize discovery. (We previously requested Big Lift accept the tender of defense, but it has not done so yet). I have been trying to work through this issue, even just this morning in fact.

Will you give us an extension of 30 days to respond? I hope that will give me time to work through issues with Big Lift.

Thank you,
Cordes



## ROBINSON GRAY

Litigation + Business

**CORDES B. KENNEDY   MEMBER**

DIRECT 803.227.1132
**VCARD   VIEW BIO**
**ROBINSONGRAY.COM**

2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201

MERITAS® LAW FIRMS WORLDWIDE

NOTICE: This e-mail is confidential and may contain information which is legally privileged or otherwise exempt from disclosure. If you received this message in error, please delete this message from your device.

**Supporting Green** print wisely.

**From:** Brooke Wright <Brooke@thewrightinjurylawyer.com>
**Sent:** Friday, April 24, 2026 2:27 PM
**To:** Cordes Kennedy <ckennedy@robinsongray.com>; Tammy <Tammy@thewrightinjurylawyer.com>; Becky Laffitte <blaffitte@robinsongray.com>
**Subject:** RE: Kenneth Paradiso vs. Epicker, LLC, et al. - rule 11 consult

Dear counselors,

Exhibit B

Plaintiff's discovery responses were served on your client on or about March 10, 2026, and are past due.  Please produce the same within 10 days to avoid a motion to compel and phone conference with the Court which is required prior to a motion to compel in Federal Court.  Thank you.

Sincerely,

**P. Brooke Eaves Wright, Esq.**
Litigation Attorney
**WRIGHT INJURY LAW LLC**
4214 Mayfair St., Unit A
Myrtle Beach, SC 29577
Phone: 843-380-8004
Email: Brooke@TheWrightInjuryLawyer.com
www.theWrightInjuryLawyer.com

CONFIDENTIALITY: This e-mail was sent from a law firm and may contain confidential and privileged information.  Please note Wright Injury Law LLC does not send nor receive any funds via wire for any purpose.  If you receive any wiring requests from Wright Injury Law LLC or any associated email address please call 843-380-8004 immediately and do not complete the request because it is a scam and was not actually requested by Wright Injury Law LLC.  This e-mail is intended only for the person and/or persons it was addressed to. You are hereby notified that if you were not the intended recipient of this e-mail then any copying, forwarding, and/or use of this email is prohibited, you should immediately delete the email, and there shall be no waiver of any confidence or privilege due to your receipt of this e-mail.  If you received this email by error, please call Wright Injury Law LLC at 843-380-8004.

Exhibit B