IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| KENNETH PARADISO,<br><br>Plaintiff,<br>vs.<br><br>EPICKER, LLC, ATLANTA FORK LIFTS, INC., ADVANCED MATERIAL HANDLING, LLC, ADVANCED MATERIAL HANDLING SYSTEMS, E-P EQUIPMENT CO., LTD. A/K/A EP EQUIPMENT CO., LTD., E-P EQUIPMENT, USA CORP. A/K/A EP EQUIPMENT, USA CORP., TOYOTA FORKLIFTS OF ATLANTA, LLC, TOYOTA MATERIAL HANDLING, INC., AND BIG LIFT, LLC,<br><br>Defendants. | Civil Action No. 5:25-cv-14034-MGL<br><br>**DEFENDANT TOYOTA MATERIAL HANDLING, INC.'S MOTION FOR SUMMARY JUDMENT** |

**TO: THE PLAINTIFF, KENNETH PARADISO, AND HIS ATTORNEY, P. BROOKE EAVES WRIGHT**

**YOU WILL PLEASE TAKE NOTICE** that Defendant Toyota Material Handling Inc., through its undersigned counsel, hereby moves for summary judgment on all causes of action asserted against it in the Complaint (Docket No. 1-1). This motion is made pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, as well as other applicable law, and on the basis that there is no genuine issue as to any material fact that will entitle the Plaintiff, Kenneth Paradiso, to recover from this Defendant.

This motion is supported by the pleadings in this action, the memorandum submitted herewith, the Affidavit of Kaushik Ravichandran submitted herewith, all applicable statues and case authority, the applicable Rules of Civil Procedure, and such other evidence and authority as the court may find applicable.

Pursuant to Local Civ. Rule 7.02 the undersigned counsel affirms that this motion for summary judgment is excluded from the duty of consultation with opposing counsel.

*s/Matthew G. Gerrald*
Richard C. Thomas, Fed. ID No. 4068
Matthew G. Gerrald, Fed. ID No. 10055
Barnes, Alford, Stork & Johnson, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, SC 29202-8448
(803)799-1111
richard@basjlaw.com
matt@basjlaw.com
Attorneys for Defendant Toyota Material Handling, Inc.

August 4, 2026