IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| KENNETH PARADISO,<br><br>Plaintiff,<br><br>vs.<br><br>EPICKER, LLC, ATLANTA FORK LIFTS, INC., ADVANCED MATERIAL HANDLING, LLC, ADVANCED MATERIAL HANDLING SYSTEMS, E-P EQUIPMENT CO., LTD. A/K/A EP EQUIPMENT CO., LTD., E-P EQUIPMENT, USA CORP. A/K/A EP EQUIPMENT, USA CORP., TOYOTA FORKLIFTS OF ATLANTA, LLC, TOYOTA MATERIAL HANDLING, INC., AND BIG LIFT, LLC,<br><br>Defendants. | Civil Action No. 5:25-cv-14034-MGL<br><br>**AFFIDAVIT OF**<br><br>**Kaushik Ravichandran** |

**PERSONALLY APPEARED BEFORE ME Kaushik Ravichandran** who being duly sworn, deposes and states as follows:

1. I am a resident of Bartholomew County, Indiana.

2. I am over the age of eighteen (18) and I am competent to make this affidavit. Unless otherwise stated, each statement contained herein is of my own personal knowledge.

3. I am the Product Portfolio Director of Toyota Material Handling, Inc., whose business headquarters is located at 5559 Inwood Drive, Columbus, Indiana 47201.

4. Toyota Material Handling, Inc. is a full-service manufacturer and distributor of Toyota forklifts, reach trucks, order pickers, pallet jacks, container handlers, scissor lifts, tow tractors, AGVs, and other automated material handling solutions.

5. I have reviewed the Plaintiff's Complaint (initially filed in the Court of Common Pleas – Bamberg County but subsequently removed to this Court) wherein Plaintiff alleges that on March 22, 2023, while working for Pegasus Sports LLC, he was injured using a defective lift identified as an ePicker Model JX2-144.

6. I have also reviewed the Plaintiff's Answers To Defendant Atlanta Forklift Inc.'s First Set Of Interrogatories to Plaintiff, the Plaintiff's Responses To Defendant Atlanta Forklift Inc.'s First Request For Production To Plaintiff, and the three photographs produced with Plaintiff's responses to discovery wherein Plaintiff identifies the subject ePicker machine as an ePicker Model No. JX2-144 – Serial No. 2311700932 {hereinafter" "Subject Machine"}.

7. Plaintiff's Complaint alleges six causes of action {the first is not named, but the second through sixth are strict liability, negligence, breach of implied warranty, breach of implied warranty for particular purpose, and violation of South Carolina Unfair Trade Practices Act respectively} against all named Defendants. Plaintiff's Complaint further alleges that the Plaintiff was injured while using the defective Subject Machine, which was designed, manufactured, produced, sold, distributed, controlled, provided, repaired, placed into the stream of commerce, and/or managed by the Defendants.

8. The Subject Machine is not a Toyota product. The Subject Machine was not designed, manufactured, produced, sold, distributed, controlled, provided, repaired, placed into the stream of commerce, and/or managed by Toyota Material Handling, Inc.

9. Toyota Material Handling, Inc. had no knowledge of, no involvement with, and no information regarding the Subject Machine until on or about July 15, 2024, when it received a Form 27 Subpoena applicable to the Plaintiff's South Carolina workers' compensation case from Plaintiff's counsel P. Brooke Eaves Wright.

10. Toyota Material Handling, Inc. responded to Plaintiff's counsel on July 22, 2024 informing Ms. Eaves Wright that the ePicker identified in the photos included with the Form 27 Subpoena is not a Toyota product and is not something that Toyota Material Handling Inc. designs, manufactures, or distributes; and thus, Toyota Material Handling has nothing to produce in response to the Form 27 Subpoena.

**FURTHER AFFIANT SAYETH NOT.**

[signature]
**Kaushik Ravichandran**

Sworn to and signed before me
This 3rd day of August, 2026

[signature: Jill Mishler]
Notary Public for the State of Indiana
My Commission Expires: 11/1/2033

JILL ELAINE MISHLER
Notary Public
Bartholomew County - State of Indiana
Commission Number NP0706787
My Commission Expires Nov 1, 2033